No. 82–875.   IRISH PEOPLE, INC. *v.* SMITH, ATTORNEY GENERAL OF THE UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 82–885.   PANTOJA ET AL. *v.* ALL-AMERICAN TRANSPORT, INC., ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–887.   LOCAL UNION NO. 680, MILK DRIVERS & DAIRY EMPLOYEES *v.* NOVEMBRE ET AL.   C. A. 3d Cir. Certiorari denied.

No. 82–895.   MARSHALL *v.* OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 82–906.   HOWARD *v.* MINNESOTA.   Sup. Ct. Minn. Certiorari denied.

No. 82–907.   PROCTOR *v.* NORTH CAROLINA.   Ct. App. N. C.   Certiorari denied.

No. 82–909.   INTERNATIONAL RECTIFIER CORP. ET AL. *v.* PFIZER, INC.   C. A. 9th Cir.   Certiorari denied.

No. 82–911.   HARVEY *v.* BARD; and HARVEY *v.* BARD ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.   Reported below: 105 Ill. App. 3d 1200, 439 N. E. 2d 1113 (first case); 106 Ill. App. 3d 1150 (second case).

No. 82–917.   CORY, CONTROLLER OF THE STATE OF CALIFORNIA, ET AL. *v.* OLSON ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 82–919.   CITY OF PHILADELPHIA ET AL. *v.* TACYNEC ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–922.   LUTZ *v.* OHIO.   Ct. App. Ohio, Coshocton County.   Certiorari denied.